# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-60914-rk |
| Robert A. McDaniel, II<br>Terra L. McDaniel | Chapter 13 |
| Debtors. | Judge Russ Kendig |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on May 7, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    R Joshua Brown, Debtors' Counsel
    bk.joshbrown@gmail.com

    Dynele L Schinker-Kuharich, Chapter 13 Trustee
    dlsk@chapter13canton.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Robert A. McDaniel, II, Debtor
    1440 Virginia Lane
    Mansfield, OH 44905-1660

    Terra L. McDaniel, Debtor
    1440 Virginia Lane
    Mansfield, OH 44905-1660

                                    /s/ Molly Slutsky Simons
                                    Molly Slutsky Simons (0083702)
                                    Attorney for Creditor